Filing # 70289363 E-Filed 04/05/2018 12:38:27 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE FIFTH   JUDICIAL CIRCUIT,
IN AND FOR LAKE   COUNTY, FLORIDA

Case No.:_____
Judge: _____

Neil Dyer
Plaintiff
              vs.
BANK OF NEW YORK MELLON, JP MORGAN CHASE BANK, NA
Defendant

### II.    TYPE OF CASE

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence – other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability – commercial
    ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure $0 - $50,000
    ☐ Commercial foreclosure $50,001 - $249,999
    ☐ Commercial foreclosure $250,000 or more
    ☐ Homestead residential foreclosure $0 – 50,000
    ☐ Homestead residential foreclosure $50,001 - $249,999
    ☐ Homestead residential foreclosure $250,000 or more
    ☐ Non-homestead residential foreclosure $0 - $50,000
    ☐ Non-homestead residential foreclosure $50,001 - $249,999

☐ Non-homestead residential foreclosure $250,00 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
    ☐ Malpractice – business
    ☐ Malpractice – medical
    ☐ Malpractice – other professional
☐ Other
    ☐ Antitrust/Trade Regulation
    ☐ Business Transaction
    ☐ Circuit Civil - Not Applicable
    ☐ Constitutional challenge-statute or ordinance
    ☐ Constitutional challenge-proposed amendment
    ☐ Corporate Trusts
    ☐ Discrimination-employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.     **REMEDIES SOUGHT** (check all that apply):
- ☒  Monetary;
- ☐  Non-monetary declaratory or injunctive relief;
- ☐  Punitive

IV.     **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

   <u>2</u>

V.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐  Yes
- ☒  No

VI.     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒  No
- ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒  Yes
- ☐  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Allan Campbell</u>        FL Bar No.: <u>0854522</u>
           Attorney or party                                    (Bar number, if attorney)

   <u>Allan Campbell</u>         <u>04/05/2018</u>
        (Type or print name)                      Date

Filing # 70289363 E-Filed 04/05/2018 12:38:27 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,

     Plaintiff,

v.                                                  CASE NO.:

BANK OF NEW YORK MELLON
and JP MORGAN CHASE BANK,
NA, *et al.*
     Defendant (s),

_____/

## COMPLAINT

The Plaintiff, NEIL DYER (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby files this Complaint against the said Defendant(s), its affiliates, and agents; (also referred to as "Creditors"); (BANK OF NEW YORK MELLON - JP Morgan Chase Bank, NA and JP MORGAN CHASE BANK, NA).

COMMON ALLEGATIONS

1. This action relates to a (mis-)representation made in furtherance of a collection of debt and are Creditor(s). (This including statements and representations during Lake County 2013-CA-002850 - 90 Preston Cove Road Clermont, Florida 34711).

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 04/05/2018 04:46:45 PM

2. On or about 10-17-2013 both the Complaint and a Notice of Filing of
   Original Note and Mortgage is docketed giving a (mis-)representation that
   an original was filed with the Clerk of the Court.   About 06-17-2014,
   Plaintiff also purports a Notice of Filing Original Note being docketed again.
   Some (mis-) representation(s) occurred when Defendants presented the
   alleged Note and Mortgage as an original on the above-referenced dates
   when, in fact, it is not an original Note (See attached exhibit showing proof
   of non-original document).

3. Creditors made (mis-)representations pursuant to the attached exhibits.
   These (mis-) representation were made in furtherance of a collection of debt.


## COUNT I – NEGLIGENT MISREPRESENTATION

4. Plaintiff re-alleges and incorporates by reference the above stated
   COMMON ALLEGATIONS.

5. In order to allege a viable cause of action for negligent misrepresentation a
   plaintiff must allege in his complaint that: the defendant made a
   misrepresentation of material fact that he believed to be true but which was
   in fact false; the defendant was negligent in making the statement because he
   should have known the representation was false; the defendant intended to
   induce the plaintiff to rely and [act] on the misrepresentation; and injury

resulted to the plaintiff acting in justifiable reliance upon the misrepresentation. *See Simon v. Celebration Co.*, 883 So.2d 826, 832 (Fla. 5th DCA 2004).

6. Florida law requires that a foreclosure plaintiff produce the original note to the Court to be entitled to a foreclosure judgment. *See F.S.* 702.015(4) and *Perry v. Fairbanks*, 888 So. 2d 725 (Fla. 5th DCA 2004).

7. Defendants, jointly and severally, should have verified the trustworthiness of the document.

8. Instead, Defendants and / or its agents proceeded to collect on a debt in wanton recklessness as to presuming trustworthiness of documents.

9. Defendants and / or its agents negligently omitted to advise Plaintiff and the Court of the inherent untrustworthiness of the documents.

10. Plaintiffs were damaged by the undisclosed untrustworthiness.

11. The non-disclosure of untrustworthiness involves Defendants and / or its agents in a scheme that creates illicit document manufacturing which reasonable prudence would expect such documents to be routinely improperly relied upon for debt collection.

12. Plaintiffs suffered damages as a proximate result of the misrepresentations and omissions of Defendants and / or its agents.

**WHEREFORE**, PLAINTIFF demands judgment consistent with the remedies requested *infra*.

A.    Compensatory damages (damages for the detriment suffered as a result of the Defendants and/or its agents' negligent conduct - *Tiara Condominium Assoc. v. Marsh & McClennan Co., Inc.*, No. SC10-1022 (Fla. 2013));

B.    Lost earnings (any wages lost because of the a. Defendants   and / or its agents' negligent conduct causing continuing blemished credit rating. The amount of lost earnings to be awarded to the plaintiff is based upon the plaintiff's possible future earnings, not past income);

C.    Lost profits (based on Plaintiff credit rating continuing to be blemished, any reasonable expectation of earning profits based upon prior earnings);

D.    Injury to personal property (damage and the loss of use of personal property/credit rating);

E.    Nominal damages (no damages or where recoverable damages were not proven, *Stevens v. Cricket Club Condominium, Inc.*, 784 So. 2d 517 (Fla. 3rd DCA 2001));

F.    as well as post-judgment interest and the costs, attorney fees, & expenses of bringing this action as allowed by law, and any other relief this

Honorable Court deems just and proper.

## COUNT II – VIOLATION OF FCCPA

13. Plaintiff re-alleges and incorporates by reference are above stated COMMON ALLEGATIONS and brings this action against Defendants and / or its agents.

14. Florida Statute Sections 559.55 - 559.785 may be cited as the "Florida Consumer Collection Practices Act", herein "FCCPA".

15. Defendant(s) and / or its agent(s), are debt collectors pursuant to the act and have sent correspondence to Plaintiff (See attached correspondence Exhibits).

16. Florida Statute Section 559.72 states in pertinent part: Prohibited practices generally: "In collecting consumer debts, no person shall... (9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate, or assert the existence of some other legal right when such person knows that the right does not exist."

17. Florida Statute Section 559.552 concerning Relationship of state and federal law: "Nothing in this part shall be construed to limit or restrict the **continued applicability** of the federal Fair Debt Collection Practices Act to consumer collection practices in this state. This part is **in addition to the**

**requirements and regulations of the federal act**. In the event of any inconsistency between any provision of this part and any provision of the federal act, the **provision which is more protective of the consumer or debtor shall prevail."** Moreover, 15 U.S. Code § 1692f concerns Unfair practices and states that: A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Also, 15 U.S. Code § 1692e concern False or misleading representations and states that: "A debt collector may not use any false, deceptive, or **misleading** representation or means in connection with the collection of any debt."

18. Fla. Stat. § 516.31 states in pertinent part: Consumer protection; certain negotiable instruments restricted; assigns subject to defenses; limitation on deficiency claims; cross collateral.—

(1)   SCOPE.—This section applies to every consumer finance loan or other contract authorized by this chapter in which any form of credit is extended to an individual to purchase or obtain goods or services for use primarily for personal, family, or household purposes.

(2)   RESTRICTION   ON   CERTAIN   NEGOTIABLE INSTRUMENTS AND INSTALLMENT CONTRACTS. — A holder or assignee of any negotiable instrument or installment contract, other than a currently dated check, which originated from the purchase of

certain consumer goods or services is subject to all claims and defenses of the consumer debtor against the seller of those consumer goods or services. A person's liability under this section may not exceed the amount owing to the person when the claim or defense is asserted against the person.

19. Fla. Stat. § 559.715 states: "Assignment of consumer debts.—This part does not prohibit the assignment, by a creditor, of the right to bill and collect a consumer debt. However, the assignee must give the debtor written notice of such assignment as soon as practical after the assignment is made, but at least 30 days before any action to collect the debt. The assignee is a real party in interest and may bring an action to collect a debt that has been assigned to the assignee and is in default."

20. Fla. Stat. § 559.77(2) provides for statutory damages of $1,000.00 for each violation.

21. Plaintiff violated FCCPA for each violation of § 559.77(2).

22. As a result of each Defendant violation(s), Plaintiff has suffered statutory damages and costs of lawsuit.

WHEREFORE, Plaintiff demands judgment for statutory damages, lawsuit costs, and attorney fees that may be incurred, along with any other and further relief as the court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff request Jury trial for all issues thus triable.


Respectfully submitted this day of e-filing.


 /s/ Allan Campbell
The Law Office of Allan Campbell -For the Firm:
Allan Campbell Esq.- FBN 0854522-Campbell Office (407) 391-5418
100 Colonial Center Parkway Suite 140 - Lake Mary FL 32746
Primary Email: ask.our.assistant1@gmail.com - Secondary Emails:
ask.our.assistant3@gmail.com & attyacampbell@aol.com
Counsel for NEIL DYER

 **FORGERY** FRAUD

GARY MICHAELS, FDE, DABFE  114768

FORENSIC DOCUMENT EXAMINER
DIGITAL FORGERY DETECTION
INVESTIGATION . CONSULTING
P.O. BOX 352023  WESTMINSTER, CO 80239
1925 WEST 102ND AVE STE 1  THORNTON, CO 80260
LOCAL: 303-952-9910

# FORENSIC EXAMINATION REPORT

## CASE NO: 2013-CA-2850
## DATE OF REPORT: FEB 27, 2018

ORIGINAL LENDER
HOMEBANC MORTGAGE CORPORATION

PLAINTIFF
BANK OF NEW YORK MELLON

DEFENDANT
NEIL DYER

ATTORNEY
ALLAN CAMPBELL

IN REGARD

NOTE  DATED: MARCH 28, 2003

PROPERTY ADDRESS
LOT 90 PRESTON COVE ROAD, CLERMONT, FLORIDA 34711

1 of 16

INDEX

1. COVER
2. INDEX
3.  HOMEBANC MORTGAGE CORPORATION / BACKGROUND
4. OFFER OF PROOF 1 of 4
5. OFFER OF PROOF 2 of 4
6. OFFER OF PROOF 3 of 4
7. OFFER OF PROOF / NOTARY 4 of 4
8. FIXED ADJUSTABLE RATE NOTE Page 1 of 4
9. FIXED ADJUSTABLE RATE NOTE / UVIR FINDINGS of INITIALS Page 1 of 4
10. FIXED ADJUSTABLE RATE NOTE Page 2 of 4
11. FIXED ADJUSTABLE RATE NOTE / UVIR FINDINGS of INITIALS Page 2 of 4
12. FIXED ADJUSTABLE RATE NOTE Page 3 of 4
13. FIXED ADJUSTABLE RATE NOTE / UVIR FINDINGS of INITIALS Page 3 of 4
14. FIXED ADJUSTABLE RATE NOTE / SIGNATURE Page 4 of 4 / ENDORSEMENT aka INDORSEMENT
15. FIXED ADJUSTABLE RATE NOTE / UVIR SIGNATURE FINDINGS Page 4 of 4
16. END OF REPORT

## HomeBanc Mortgage Corp. Filed for Bankruptcy
Source: Housing Wire / Paul Jackson /August 10 2007

Another stunning mortgage lender failure came down the pike today, with:
HomeBanc filed for bankruptcy less than a week after it said it could no longer fund loans.

**Source: Associated Press:** Just days after it sold five retail branches to Countrywide Financial Corp., Southeast regional mortgage lender HomeBanc Mortgage Corp. filed for bankruptcy protection in U.S. Bankruptcy Court in Delaware ... Some of the largest investment banks are listed among the creditors in the bankruptcy filing, including JPMorgan Chase & Co., Bear Stearns Cos. and Deutsche Bank.

Listed top creditors is: French bank BNP Paribas, which earlier this week froze three investment funds heavily invested in securities backed by subprime mortgages.

HomeBanc had stopped originating loans Monday, citing "extraordinary difficulties," saying it could no longer fund loan purchases; at the time, the company also said it would exit the origination business in order to focus on servicing and loan portfolio management activities. The company disclosed Tuesday that it would sell its retail origination business to Countrywide.

HomeBanc posted a net loss of $22.6 million during the first quarter, with total loan originations dropping 13 percent. The company employs 1,100 employees in the Southeast. No word has emerged yet as to whether the company will seek any debtor-in-possession financing.

## OFFER OF PROOF
### FEDERAL RULES OF EVIDENCE CFR 803.6, 103(a), 201.144

1. I, Gary Michaels, FDE, DABFE, 114768, Forensic Document Examiner and Digital Image Analyst do make this statement made in regard to a FIXED ADJUSTABLE RATE NOTE and the questioned Initials and Signature of NEIL DYER. The Property Address of: Lot 90 Preston Cove Road, Florida. 34711.  I was retained by ALLAN CAMBELL, Attorney. I am to examine the questioned NOTE document Dated: March 28, 2003. The Lender of the questioned Note is: HOMEBANC MORTGAGE CORPORATION dba Profile Data as: Jefferson Home Mortgage and Loan, LLC. I am to determine a non-bias conclusion as to the authenticity of the NOTE or if the same following questioned documents and attachments submitted are genuine or are fraudulent.

2. The forensic examination was performed in a non-destructive protocol in accordance to Offer of Proof Federal Rules of Evidence CFR 803.6, 103a, 201.144 and ASTM [American Society of Testing Materials] standards and guidelines E2290-07 formerly under the jurisdiction of #30.02 on all questioned documents and the Daubert Ruling meeting all federal rules of discovered evidence 702 and in accordance with the ABFE, American Board of Forensic Examiners and neutral conclusions made herein.

3. To determine the questioned documents authenticity, I used my expertise to identify if the documents are machine produced documents, typewriting, photoshop insertions, clone detection of duplication and impressions or marks and detection of Cut-Paste and Copy Move process and including print over of signature lines and fonts of fake overlays including created outward Fold Line and a Inward Fold line.

4. The Software that I use for Forensic Document Examination and Digital Forgery Detection include the following Software:

1. Adobe Photoshop 2018
2. Adobe Photoshop Elements 14
3. Adobe Lightroom 2018
4. Adobe Acrobat 2018 / 5. Aperture / 6. Affinity Photo / 7. iPhoto
8. EXIF Data / Forensic Beta
9. Photo Detective Pro Version 1.2(6) / PhotoCopy Version 2.0
10. Visual Studio Code. Version 1.13.1 2017 Microsoft Supports Javascript / Typescript / Python / PHP / Docker
11. Connect Bar Code. Version 1.2
12. File Viewer Version 1.4 / File Analysis
13. Digital Color Meter
14. Deep Vacuum Version 1.74 / Direct URL Analysis / File Analysis
15. Forensic Lab Agent
16. MAC OSX Forensic Imager Version 1.1.1
17. LunaPic (Graphics Editing Software)
18. GIMP,
19. Corel Paint Shop,
20. Pando doc,
21. Hello sign,
22. Pixlr

OFFER OF PROOF
FEDERAL RULES OF EVIDENCE CFR 803.6, 103(a), 201.144

5. INSPECTION OF DOCUMENTS: The Inspection, Scanning and Macro Close-up of UVIR Photography was performed by DARRIN LAVINE, Forensic Document Photographer.

6. As part and within the ordinary course of business, as part of my practice, I GARY MICHAELS have reviewed and examined Mortgage Notes, Wills, Quit Claim Deeds, Employment Contracts, Non-Disclosure Agreements and various Financial documents that are in question to check for authenticity of Signatures, Text Alignments, and Printing Devices the questioned document and signatures there upon.

7. DIGITAL CAMERAS: FULL SPECTRUM UVIR (Ultraviolet Infrared):
1. CANON 800 T6 EOS
2. NIKON D70 and D90

8. MACRO LENS / Canon or Nikon / as need and adaptable:
1. Sigma105mm Macro Lens  / Nikon 200mm / Nikon 55mm

9. EXAMINATION PROTOCOL for findings of genuineness or forgery image detection:

1. CLONE DETECTION of copied regions in the image and for indications ofI examined by a Twelve (12) step Process Protocol of the Electronic Paper and Electronic Ink questioned NOTE document  and the Electronic Ink Signature for the following:
2. ERROR LEVEL ANALYSIS of the Initials and Signature for Darker vs Brighter for recompression.
3. NOISE ANALYSIS with a median filter to isolate any noise to identify manipulations like airbrushing,  warping deformations, warping, perspective cloning.
4. LEVEL SWEEP for contrast brightness and copy pasting.
5. LUMINANCE GRADIENT for anomalies for color, checking edges areas of copy pasting.
6. PRINCIPAL COMPONENT Analysis for projection value for hidden details.
7. META DATA for possible hidden exif (exchangeable information file) meta data.
8. GEO TAGS for possible location where the image or images was taken and stored
9. THUMBNAIL ANALYSIS for possible revealing of the type of camera image was taken with.
10. TIFF and JPEG ANALYSIS for extraction of meta data within the questioned document file.
11. QUANTIZATION ANALYSIS to reveal information on the last software used to Save the file in question and including if it is a Standard JPEG, Adobe Photoshop or if Non-Standard.
12. ALGORITHM STRING EXTRACTION for scan of the Binary contents looking for aschii alpha numeric characters longer than 4 or sequences of 8 so as to discover the meta data that is hidden or not recognized that is generally stored at the beginning or at the end of a file.
13. ALGORITHM analysis for Photoshop editing manipulation and fabrication.
14. CAPTURED PATTERN OF STATIC ELECTRICITY was analyzed for digital photocopying and recoverable traces that are left behind and including encryption.

OFFER OF PROOF
FEDERAL RULES OF EVIDENCE CFR 803.6, 103(a), 201.144

7. UVIR and COMPONENT ANALYSIS findings support irrefutable evidence of non-fluorescence and including editing by Photoshop or a related software that shows a result of a Print Over of the signature lines and fonts that are digitally layered over the Initials and of both Signatures. The questioned documents that are claimed to be Initialed and signed by the hand of NEIL DYER is not genuine Initials and Signature, but rather are a Photoshop creation by editing and digital manipulation of the Initials and both Signatures.

8. FRAUDULENT ANOMALIES FOUND ON THE NOTE Page 1 of 4  thru Page 4 of 4, Dated:March 28, 2003. There is direct evidence of the the Initial(s) M to be digitally cut & pasted onto the right lower area corner of pages 1 of 4 / 2 of 4 / 3 of 4 . The NOTE Signature page  4 of  4 shows evidence of Cloning and insertion by Cut & Paste of both signatures.

9. There is irrefutable direct evidence of digital anomalies found in the questioned Signature on the NOTE of the signature page. The Signature shows evidence of being cut & pasted by Photoshop or by a related software using importation of fraudulent photocopying or scanning of the Initials and Signature(s) by drag and drop of grabbing from a previous unknown source or from a non-disclosed image bank.

10. PRINT OVER ANOMALY FOUND / NOTE  SIGNATURE Page  4 of 4. The questioned Initials and Signature of NEIL DYER on the NOTE signature page 2 of 2 shows clear evidence of signature(s) that compressed and are both a Print Over as previously mentioned. The form or rather the (fonts and signature line) are over the signature(s). To accomplish this as natural is a scientific impossibility. Furthermore there is no Fluorescence of both Initials and Signatures.

11. PRINT OVER CLONING FOUND:  NOTE  SIGNATURE Page 2 of 2. The questioned signatures of NEIL DYER on the NOTE signature page shows clear evidence of a Cloning of  the signature that shows evidence of extraction from a previous unknown source and that has been placed digitally onto the newly created fake Note signature page 4 of  4v of the questioned document.

12. ON SITE INSPECTION:  DARRIN LAVINE Inspected, Scanned and Photographed all of the document claimed to be genuine.

OFFER OF PROOF
FEDERAL RULES OF EVIDENCE CFR 803.6.103(a), 201.144

13. RIGHT TO AMEND FINDINGS: I hereby reserve the right to amend the findings at anytime in this forensic report if any new material is submitted for additional examination.

13. I GARY MICHAELS, FDE 11478, Forensic Document Examiner have completed a full forensic examination of the questioned documents. I further concluded that the submitted questioned NOTE document and all attached are not secure originals. The questioned signature of NEIL DYER is not original and is irrefutable evidence of fabrication.

I hereby under the rules of perjury that all statements herein are true and accurate.

Further Say Naught

Signed: _____     Date: 2-27-2018

GARY MICHAELS
FDE, Forensic Document Examiner

Sworn and presented to me as being known to me or by Identification: Colorado Drivers License by

Gary Michaels and by my Notary Signature: Vicki Adamson          Date: 2/27/18

and Official NOTARY PUBLIC SEAL

> Vicki Adamson
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20174026497
> MY COMMISSION EXPIRES 06/23/21

7 of 16

FIXED ADJUSTABLE RATE NOTE Page 1 of 4

14-129498

## FIXED/ADJUSTABLE RATE NOTE
(LIBOR Index - Rate Caps)

LOAN NO. 2196954



THIS NOTE PROVIDES FOR A CHANGE IN MY FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

MARCH 28, 2003                         ATLANTA, GEORGIA
    [Date]                                [City]                                    [State]

LOT 90 PRESTON COVE ROAD, CLERMONT, FLORIDA 34711
                           [Property Address]

**1.  BORROWER'S PROMISE TO PAY**
    In return for a loan that I have received, I promise to pay U.S. $    228,000.00    (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is  HOMEBANC MORTGAGE CORPORATION

I will make all payments under this Note in the form of cash, check or money order.
    I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

**2.  INTEREST   ** SEE CONSTRUCTION RIDER**
    , Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of **     %. The interest rate I will pay may change in accordance with Section 4 of this Note.
    The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

**3.  PAYMENTS**
    (A) Time and Place of Payments
    Beginning on the  1st   day of  MAY 1, 2004    and every month thereafter until noted below, I will pay only the interest on the unpaid principal balance of the Note. I will pay principal and interest by making payments every month on the  1st  day of each month beginning in  MAY 1, 2009   . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on  APRIL 1, 2034   , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."
    I will make my monthly payments at  P.O. BOX 105750, ATLANTA, GEORGIA 30348-5830
                                                                    , or at a different place if required

    (B) Amount of My Initial Monthly Payments
    Each of my initial monthly payments will be in the amount of U.S. $  **       . This amount may change.
    (C) Monthly Payment Changes            SEE CONSTRUCTION RIDER
    Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

**4.  INTEREST RATE AND MONTHLY PAYMENT CHANGES**
    (A) Change Dates
    The initial fixed interest rate I will pay may change to an adjustable interest rate on the  1st   day of  APRIL, 2009    , and the adjustable interest rate I will pay may change on that day every  6th   month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change is called a "Change Date."

# ORIGINAL

ML GENERIC
MULTISTATE FIXED TO ADJUSTABLE RATE LIBOR NOTE - Interest Only
HP415003-12/02     28134.12871               Page 1 of 4                    Initials: /M/

11-1607-1

FIXED ADJUSTABLE RATE NOTE / UVIR FINDINGS of INITIALS Page 1 of 4





# FIXED ADJUSTABLE RATE NOTE Page 2 of 4

LOAN NO. 2196954

**(B) The Index**

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for 6-month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new Index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**                    **\*\*SEE CONSTRUCTION RIDER**

Before each Change Date, the Note Holder will calculate my new interest rate by adding     \*\*            percentage point(s) (     \*\*        %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

**(D) Limits on Interest Rate Changes**

My interest rate will never be greater than     \*\*     %, which is called the "Maximum Rate", or less than **\*\*     %.     \*\*SEE CONSTRUCTION RIDER**

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

The Note Holder will deliver or mail to me a notice of any changes in my initial fixed interest rate or to an adjustable interest rate and of any changes in my adjustable interest rate before the effective date of any change. The notice will include the amount of my monthly payment, any information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**5.  BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying any Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

**6.  LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me that exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

**7.  BORROWER'S FAILURE TO PAY AS REQUIRED**

**(A) Late Charges for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of     15     calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be    5.00    % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

ML GENERIC
MULTISTATE FIXED TO ADJUSTABLE RATE LIBOR NOTE - Interest Only
HP415004-12/02      28134.12671                    Page 2 of 4

Initials: _MN_

FIXED ADJUSTABLE RATE NOTE / UVIR FINDINGS of INITIALS Page 2 of 4





## FIXED ADJUSTABLE RATE NOTE Page 3 of 4

LOAN NO. 2196954

**(B) Default**
If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**
If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount.  That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver by Note Holder**
Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**
If the Note Holder has required me to pay in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law.  Those expenses include, for example, reasonable attorneys' fees.

**8.  GIVING OF NOTICES**
Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Unless the Note Holder requires a different method, any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**9.  OBLIGATIONS OF PERSONS UNDER THIS NOTE**
If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed.  Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things.  Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all the promises made in this Note.  The Note Holder may enforce its rights under this Note against each person individually or against all of us together.  This means that any one of us may be required to pay all of the amounts owed under this Note.

**10.  WAIVERS**
I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due.  "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**11.  UNIFORM SECURED NOTE**
This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, and a Mortgage 100SM  Pledge Agreement for Securities Account, if applicable, protects the Note Holder from possible losses which might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

(A)  Until my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section 4 above, Uniform Covenant 18 of the Security Instrument shall read as follows:

Transfer of the Property or a Beneficial Interest in Borrower.  As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

ML GENERIC
MULTISTATE FIXED TO ADJUSTABLE RATE LIBOR NOTE - Interest Only
HP415005-12/02      28134.12871                    Page 3 of 4                                        Initials: _M_

FIXED ADJUSTABLE RATE NOTE / UVIR FINDINGS of INITIALS Page 3 of 4





FIXED ADJUSTABLE RATE NOTE / SIGNATURE Page 4 of 4 / ENDORSEMENT aka INDORSEMENT

LOAN NO. 2196958

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

(B)  When my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section 4 above, Uniform Covenant 18 of the Security Instrument described in Section 11(A) above shall then cease to be in effect, and Uniform Covenant 18 of the Security Instrument shall instead read as follows:

Transfer of the Property or a Beneficial Interest in Borrower.  As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

12.  OUR COPY
We/I acknowledge receipt of a signed copy of this Note.

CAUTION-IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS NOTE BEFORE SIGNING.

WITNESS the hand(s) and seal(s) of the undersigned.

_____ (Seal)          _____ (Seal)
NEIL DYER                        Borrower                                          Borrower

_____ (Seal)          _____ (Seal)
                                 Borrower                                          Borrower

_____ (Seal)          _____ (Seal)
                                 Borrower                                          Borrower

ML GENERIC
MULTISTATE FIXED TO ADJUSTABLE RATE LIBOR NOTE - Interest Only
HP415006-12/02        20134.12071                Page 4 of 4

For value received and without recourse. Pay to the order of
JPMorgan Chase Bank, as Trustee
HomeBanc Mortgage Corporation
By: _____
Zachry Parrott
Vice President

FIXED ADJUSTABLE RATE NOTE / UVIR SIGNATURE FINDINGS Page 4 of 4





LOAN NO. 2196959

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender, may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

(B)  When my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section 4 "above, Uniform Covenant 18 of the Security Instrument described in Section 11(A) above shall then cease to be in effect, and Uniform Covenant 18 of the Security Instrument shall instead read as follows:

Transfer of the Property or a Beneficial Interest in Borrower.  As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

12.  OUR COPY
We/I acknowledge receipt of a signed copy of this Note.

CAUTION-IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS NOTE BEFORE SIGNING.

WITNESS the hand(s) and seal(s) of the undersigned.

_____ (Seal)          _____ (Seal)
NEIL DYER                        Borrower                                          Borrower

_____ (Seal)          _____ (Seal)
                                 Borrower                                          Borrower

_____ (Seal)          _____ (Seal)
                                 Borrower                                          Borrower

For value received and without recourse. Pay to the order of
JPMorgan Chase Bank, as Trustee
HomeBanc Mortgage Corporation
By: _____

Zachry Parrott
Vice President

ML GENERIC
MULTISTATE FIXED TO ADJUSTABLE RATE LIBOR NOTE - Interest Only
HP45506-12/02        20134.12071                    Page 4 of 4

Pay to the Order of:
Without Recourse
JPMorgan Chase Bank, trustee

By: _____

Vermyrtis L Jones Vice President

END OF REPORT

Filing # 70289363 E-Filed 04/05/2018 12:38:27 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT

IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
      Plaintiff,
v.                                   CASE NO.:
BANK OF NEW YORK MELLON
and JP Morgan CHASE BANK, NA, *et al.*,
      Defendant (s),
_____/

### SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on:

BANK OF NEW YORK MELLON
c/o The Corporation Trust Center1209 Orange Street, Wilmington, Delaware 19801

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to wit:

The Law Office of Allan Campbell -For the Firm:
Allan Campbell Esq.- FBN 0854522-Campbell Office (407) 391-5418
100 Colonial Center Parkway Suite 140 - Lake Mary FL 32746
Primary Email: ask.our.assistant1@gmail.com - Secondary Emails:
ask.our.assistant3@gmail.com & attyacampbell@aol.com
Counsel for Plaintiff(s)

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of the date of service, and to file the original of the defenses with the clerk of this Court either before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: _____, _____

As Clerk of said Court

By: _____
  As Deputy Clerk

(Court Seal)

Page 1 of 2

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 04/05/2018 04:46:45 PM

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration of the pertinent County Courthouse within two (2) working days of your receipt of this document; if you are hearing or voice impaired call 711.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del ricibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de assistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Filing # 70289363 E-Filed 04/05/2018 12:38:27 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
       Plaintiff,
v.                                   CASE NO.:
BANK OF NEW YORK MELLON, *et al.*, DAP-N-
Misrep-FCCPA
       Defendant (s),
_____/

## SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on:

JP Morgan Chase Bank, NA
c/o CT CORPORATION SYSTEM1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to wit:

The Law Office of Allan Campbell -For the Firm:
Allan Campbell Esq.- FBN 0854522-Campbell Office (407) 391-5418
100 Colonial Center Parkway Suite 140 - Lake Mary FL 32746
Primary Email: ask.our.assistant1@gmail.com - Secondary Emails:
ask.our.assistant3@gmail.com & attyacampbell@aol.com
Counsel for Plaintiff(s)

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of the date of service, and to file the original of the defenses with the clerk of this Court either before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: _____, _____

As Clerk of said Court

By: _____
  As Deputy Clerk

(Court Seal)

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 04/05/2018 04:46:45 PM

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration of the pertinent County Courthouse within two (2) working days of your receipt of this document; if you are hearing or voice impaired call 711.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del ricibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de assistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

35-2018-CA-000637-AXXX-XX

Filing # 70289363 E-Filed 04/05/2018 12:38:27 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
      Plaintiff,
v.
                                     CASE NO.:  2018CA637
BANK OF NEW YORK MELLON
and JP Morgan CHASE BANK, NA, *et al.*,
      Defendant (s),
_____/

### SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or
petition in this action on:

BANK OF NEW YORK MELLON
c/o The Corporation Trust Center1209 Orange Street, Wilmington, Delaware 19801

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to
wit:

The Law Office of Allan Campbell -For the Firm:
Allan Campbell Esq.- FBN 0854522-Campbell Office (407) 391-5418
100 Colonial Center Parkway Suite 140 - Lake Mary FL 32746
Primary Email: ask.our.assistant1@gmail.com - Secondary Emails:
ask.our.assistant3@gmail.com & attyacampbell@aol.com
Counsel for Plaintiff(s)

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of
the date of service, and to file the original of the defenses with the clerk of this Court either
before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default
will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: _____April 5_____, ____2018____
    Neil Kelly
As Clerk of said Court

By: _Linda Benson_
   As Deputy Clerk

(Court Seal)

Page 1 of 2

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration of the pertinent County Courthouse within two (2) working days of your receipt of this document; if you are hearing or voice impaired call 711.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del ricibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de assistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Filing # 70289363 E-Filed 04/05/2018 12:38:27 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
      Plaintiff,
v.                            CASE NO.: 2018CA637
BANK OF NEW YORK MELLON, *et al.*, DAP-N-
Misrep-FCCPA,
      Defendant (s),
_____/

**SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or
petition in this action on:

JP Morgan Chase Bank, NA
c/o CT CORPORATION SYSTEM1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL
33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to
wit:

The Law Office of Allan Campbell -For the Firm:
Allan Campbell Esq.- FBN 0854522-Campbell Office (407) 391-5418
100 Colonial Center Parkway Suite 140 - Lake Mary FL 32746
Primary Email: ask.our.assistant1@gmail.com - Secondary Emails:
ask.our.assistant3@gmail.com & attyacampbell@aol.com
Counsel for Plaintiff(s)

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of
the date of service, and to file the original of the defenses with the clerk of this Court either
before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default
will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: _____April 5_____, _2018_____
  Neil Kelly
As Clerk of said Court

By: _Linda Benson_____
  As Deputy Clerk

(Court Seal)

Page 1 of 2

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration of the pertinent County Courthouse within two (2) working days of your receipt of this document; if you are hearing or voice impaired call 711.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

    Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del ricibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de assistencia legal que aparecen en la guia telefonica.

    Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Filing # 72278300 E-Filed 05/17/2018 10:28:49 AM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT

IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,

      Plaintiff,

v.                           CASE NO.: 2018-CA-000637-O

BANK OF NEW YORK MELLON, *et al.*,

      Defendant (s),

_____/

## NOTICE OF APPEARANCE OF CO-COUNSEL

The undersigned files this notice of appearance of Co-Counsel for the

Plaintiff Neil Dyer.  Designated Emails are below.  Plaintiff(s) filed this

appearance with reservation to dispute jurisdictional issues, *inter alia*, personal

jurisdiction and defects in service of process.  If prevailing party, Plaintiff(s)

request reasonable attorney fees and costs.

Respectfullysubmitted by E-filing this 16th day of May, 2018.

  /s/Andrea M. Roebuck
Allegiant Law PA -For the Firm:
Andrea Roebuck Esq. - FBN 0089386-Allegiant Ph. 321-328-5291
Allegiant Mail- 2170 West State Road 434 #260 - Longwood FL 32779
Primary Email: assistant1.allegiant@gmail.com - Secondary Emails:
aty.assistant@gmail.com & ammrroebuck@gmail.com
Counsel for Neil Dyer

Filing # 72278300 E-Filed 05/17/2018 10:28:49 AM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,

     Plaintiff,

v.                                CASE NO.: 2018-CA-000637-O

BANK OF NEW YORK MELLON, *et al.*,

     Defendant (s),

_____/

## MOTION TO MAINTAIN STATUS QUO

The Plaintiff, Neil Dyer, by and through the undersigned counsel, hereby respectfully

files MOTION TO MAINTAIN STATUS QUO and states:

    1.    The Subject matter of this case involves misrepresentation / fraud in obtaining

Judgment of Foreclosure.  The pertinent subject property should NOT be auctioned off

until this matter has been decided.

WHEREFORE, Plaintiff, Neil Dyer, requests that the Court grant Plaintiff MOTION TO
MAINTAIN STATUS QUO and Plaintiff requests that the Court grant the Plaintiff Motion for
Leave to Amend and deem the separately filed pleadings to be filed as of the date of the entry of
the order on this Motion, or for such other and further relief as is necessary or proper.

Respectfully submitted by E-filing this 16th day of May, 2018.


 /s/Andrea M. Roebuck
Allegiant Law PA -For the Firm:
Andrea Roebuck Esq. - FBN 0089386-Allegiant Ph. 321-328-5291
Allegiant Mail- 2170 West State Road 434 #260 - Longwood FL 32779
Primary Email: assistant1.allegiant@gmail.com - Secondary Emails:
aty.assistant@gmail.com & ammrroebuck@gmail.com
Counsel for Neil Dyer


Page 1 of 1

Filing # 72320862 E-Filed 05/17/2018 04:23:56 PM

## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
## IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,

      PLAINTIFF,

V.                                    CASE NO.: 2018-CA-000637-O

BANK OF NEW YORK MELLON, *ET AL.*,

      DEFENDANT (S),

_____/

### STIPULATION TO SUBSTITUTE PLAINTIFF ATTORNEYS

    Plaintiff, Neil Dyer attorney(s) have agreed to substitute Attorneys and request the court

to substitute Plaintiff Attorneys.  Terminating Attorney and Firm shall no longer represent

pertinent Plaintiff and all further correspondence and documents should be forwarded to New

Continuing Attorney at the below listed information.

Substituting Plaintiff Attorney(s) aka
Plaintiff Continuing Attorney(s)
Allegiant Law PA – Counsel for Neil Dyer
Allegiant Ph. 321-328-5291 –
Allegiant Mail- 2170 West State Road 434, Suite #260, Longwood, F.L. 32779
Primary Email: assistant1.allegiant@gmail.com
Secondary Emails: aty.assistant@gmail.com & ammrroebuck@gmail.com
For the Firm: Andrea Roebuck Esq. - FBN 0089386

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 05/18/2018 10:02:37 AM

## CERTIFICATE OF SERVICE

The undersigned certifies copy of the foregoing has been furnished to: The Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801 by U.S. Mail, Fax and/or E-filing this 17th day of May, 2018.


Terminating Attorney

Attorney Allan Campbell


   /s/Allan Campbell
Allan Campbell – FBN 0854522
100 Colonial Center Parkway
Lake Mary FL 32746
(407) 391-5418- Ph.
attyacampbell@aol.com

Continuing Attorney

Attorney Andrea Roebuck


   /s/Andrea Roebuck
Andrea Roebuck - 89386
Mail- 2170 West State Road 434 #260
Longwood FL 32779
Allegiant Ph. 321-328-5291 ph.
ammrroebuck@gmail.com

Filing # 72345856 E-Filed 05/18/2018 10:41:35 AM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT

IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,                                    CASE NO.: 2018-CA-637

     Plaintiff,

v.

BANK OF NEW YORK MELLON, *et al.*,

     Defendant (s),

_____/

## NOTICE OF LIS PENDENS

**FROM: ABOVE NAMED PLAINTIFF**     **TO: ALL WHOM IT MAY CONCERN**

     **YOU ARE HEREBY NOTIFIED** that Plaintiff, NEIL DYER has filed a lawsuit pursuant to Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. against the above-named Defendants, involving the following described property, situated, lying and being in Seminole County, Florida, to-wit:

LOT 90, PRESTON COVER, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 34, PAGES 34 THROUGH 36, OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.

(Parcel Id Number: 01-23-25-0650-000-09000)

ADDRESS: 11243 Preston Cove Road, Clermont, FL 34711 (the "Property")

     Plaintiff's lawsuit/s is pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

     YOU will, therefore, please govern yourselves, accordingly.

*Summons Page 1 of 2*

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 05/18/2018 11:15:55 AM

Respectfully submitted this 18th day of May 2018.


/s/ Andrea Roebuck
Andrea Roebuck – FBN 89386
ammrroebuck@gmail.com
ALLEGIANT LAW P.A.
Allegiant Ph. 321-328-5291
Mail:  2170 West State Rd 434
#260 -  Longwood, FL 32779
Primary: assistant1.allegiant@gmail.com
Secondary: Aty.assistant@gmail.com
Counsel for Plaintiff

Filing # 72357834 E-Filed 05/18/2018 12:27:59 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT

IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,                                          CASE NO.: 2018-CA-637

      Plaintiff,

v.

BANK OF NEW YORK MELLON, *et al.*,

      Defendant (s),

_____/

## NOTICE OF LIS PENDENS

**FROM: ABOVE NAMED PLAINTIFF**     **TO: ALL WHOM IT MAY CONCERN**

    **YOU ARE HEREBY NOTIFIED** that Plaintiff, NEIL DYER has filed a lawsuit pursuant to Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. against the above-named Defendants, involving the following described property, situated, lying and being in Seminole County, Florida, to-wit:

LOT 90, PRESTON COVER, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 34, PAGES 34 THROUGH 36, OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.

(Parcel Id Number: 01-23-25-0650-000-09000)

ADDRESS: 11243 Preston Cove Road, Clermont, FL 34711 (the "Property")

    Plaintiff's lawsuit/s is pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

    YOU will, therefore, please govern yourselves, accordingly.

*Summons Page 1 of 2*

Respectfully submitted this 18th day of May 2018.

/s/ Andrea Roebuck
Andrea Roebuck – FBN 89386
ammrroebuck@gmail.com
ALLEGIANT LAW P.A.
Allegiant Ph. 321-328-5291
Mail:  2170 West State Rd 434
#260 - Longwood, FL 32779
Primary: assistant1.allegiant@gmail.com
Secondary: Aty.assistant@gmail.com
Counsel for Plaintiff

INSTRUMENT#: 2018058509 OR BK 5112 PG 1139 PAGES: 2 5/18/2018 2:00:02 PM
NEIL KELLY, LAKE COUNTY CLERK OF THE CIRCUIT COURT
REC FEES: $0.00

Filing # 72364386 E-Filed 05/18/2018 01:45:28 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT

IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,                                      CASE NO.: 2018-CA-637

      Plaintiff,

v.

BANK OF NEW YORK MELLON, *et al.,*

      Defendant (s),

_____/

### NOTICE OF LIS PENDENS

**FROM: ABOVE NAMED PLAINTIFF**     **TO: ALL WHOM IT MAY CONCERN**

     **YOU ARE HEREBY NOTIFIED** that Plaintiff, NEIL DYER has filed a lawsuit pursuant to Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. against the above-named Defendants, involving the following described property, situated, lying and being in Lake County, Florida, to-wit:

LOT 90, PRESTON COVER, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 34, PAGES 34 THROUGH 36, OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.

     (Parcel Id Number: 01-23-25-0650-000-09000)

     ADDRESS: 11243 Preston Cove Road, Clermont, FL 34711 (the "Property")

     Plaintiff's lawsuit/s is pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

     YOU will, therefore, please govern yourselves, accordingly.

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 05/18/2018 01:46:59 PM

Respectfully submitted this 18th day of May 2018.

/s/ Andrea Roebuck
Andrea Roebuck – FBN 89386
ammrroebuck@gmail.com
ALLEGIANT LAW P.A.
Allegiant Ph. 321-328-5291
Mail:  2170 West State Rd 434
#260 - Longwood, FL 32779
Primary: assistant1.allegiant@gmail.com
Secondary: Aty.assistant@gmail.com
Counsel for Plaintiff

Filing # 72459213 E-Filed 05/21/2018 05:22:58 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT

IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
      Plaintiff,
v.                             CASE NO.:  2018CA637
BANK OF NEW YORK MELLON, *et al.*,
      Defendant (s),
_____/

### SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on:

BANK OF NEW YORK MELLON  c/o
The Corporation Trust Center1209 Orange Street Wilmington, Delaware 19801

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to wit:

Allegiant Law PA — Counsel for Neil Dyer
Allegiant Ph. 321-328-5291 —
Allegiant Mail- 2170 West State Road 434, Suite #260, Longwood, F.L. 32779
Primary Email: assistant1.allegiant@gmail.com
Secondary Emails: aty.assistant@gmail.com & ammrroebuck@gmail.com
For the Firm: Andrea Roebuck Esq. - FBN 0089386

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of the date of service, and to file the original of the defenses with the clerk of this Court either before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: _____, _____

As Clerk of said Court

By: _____
  As Deputy Clerk

(Court Seal)

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration of the pertinent County Courthouse within two (2) working days of your receipt of this document; if you are hearing or voice impaired call 711.

IMPORTANT
A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

     If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE
     Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del ricibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de assistencia legal que aparecen en la guia telefonica.

     Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Filing # 72459213 E-Filed 05/21/2018 05:22:58 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
     Plaintiff,
v.                                    CASE NO.: 2018CA637
BANK OF NEW YORK MELLON, *et al.*, DAP-N-
Misrep-FCCPA
     Defendant (s),
_____/

**SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or
petition in this action on:

JP Morgan Chase Bank, NA
c/o CT CORPORATION SYSTEM1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL
33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to
wit:

Allegiant Law PA  −  Counsel for Neil Dyer
Allegiant Ph. 321-328-5291 −
Allegiant Mail- 2170 West State Road 434, Suite #260, Longwood, F.L. 32779
Primary Email: assistant1.allegiant@gmail.com
Secondary Emails: aty.assistant@gmail.com & ammrroebuck@gmail.com
For the Firm: Andrea Roebuck Esq. - FBN 0089386

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of
the date of service, and to file the original of the defenses with the clerk of this Court either
before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default
will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: _____, _____

As Clerk of said Court

By: _____
   As Deputy Clerk

(Court Seal)

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 05/22/2018 09:05:10 AM

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration of the pertinent County Courthouse within two (2) working days of your receipt of this document; if you are hearing or voice impaired call 711.

IMPORTANT
A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE
Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del ricibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de assistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Filing # 72459213 E-Filed 05/21/2018 05:22:58 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT

IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
       Plaintiff,
v.                                CASE NO.:  2018CA637
BANK OF NEW YORK MELLON, *et al.*,
       Defendant (s),
_____/

## SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on:

BANK OF NEW YORK MELLON  c/o
The Corporation Trust Center1209 Orange Street Wilmington, Delaware 19801

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to wit:

Allegiant Law PA — Counsel for Neil Dyer
Allegiant Ph. 321-328-5291 —
Allegiant Mail- 2170 West State Road 434, Suite #260, Longwood, F.L. 32779
Primary Email: assistant1.allegiant@gmail.com
Secondary Emails: aty.assistant@gmail.com & ammrroebuck@gmail.com
For the Firm: Andrea Roebuck Esq. - FBN 0089386

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of the date of service, and to file the original of the defenses with the clerk of this Court either before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: _____ MAY 22 _____, _____ 2018 _____
Neil Kelly
As Clerk of said Court

By: *Shari Durham* _____
As Deputy Clerk

(Court Seal)

Page 1 of 2

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration of the pertinent County Courthouse within two (2) working days of your receipt of this document; if you are hearing or voice impaired call 711.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del ricibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de assistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Filing # 72459213 E-Filed 05/21/2018 05:22:58 PM

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
     Plaintiff,
v.                                 CASE NO.: 2018CA637
BANK OF NEW YORK MELLON, *et al.*, DAP-N-
Misrep-FCCPA
     Defendant (s),
_____/

### SUMMONS

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or
petition in this action on:

JP Morgan Chase Bank, NA
c/o CT CORPORATION SYSTEM1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL
33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to
wit:

Allegiant Law PA  –  Counsel for Neil Dyer
Allegiant Ph. 321-328-5291 –
Allegiant Mail- 2170 West State Road 434, Suite #260, Longwood, F.L. 32779
Primary Email: assistant1.allegiant@gmail.com
Secondary Emails: aty.assistant@gmail.com & ammrroebuck@gmail.com
For the Firm: Andrea Roebuck Esq. - FBN 0089386

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of
the date of service, and to file the original of the defenses with the clerk of this Court either
before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default
will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: _____MAY 22_____, ___2018_____
Neil Kelly
As Clerk of said Court

By: _Shari Durham_
  As Deputy Clerk

(Court Seal)

Page 1 of 2

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Court Administration of the pertinent County Courthouse within two (2) working days of your receipt of this document; if you are hearing or voice impaired call 711.

IMPORTANT
A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE
Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del ricibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de assistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Filing # 72812580 E-Filed 05/30/2018 11:35:19 AM

# VERIFIED RETURN OF SERVICE

Job # 2018002587

**Client Info:**

ALLEGIANT LAW P.A. - ANDREA M. ROEBUCK
2170 W. STATE RD. 434
# 260
Longboat Key, FL  32779

**Case Info:**

PLAINTIFF:
NEIL DYER
     -versus-
DEFENDANT:
BANK OF NEW YORK MELLON, ET AL

County of Lake, Florida
Court Case # 2018CA637

**Service Info:**

Date Received: 5/24/2018 at 12:20 PM
Service: I Served JP MORGAN CHASE BANK N.A. C/O CT CORPORATION SYSTEM
With: SUMMONS, COMPLAINT, NOTICE OF APPEARANCE OF CO-COUNSEL, NOTICE OF LIS PENDENS, EXHIBITS
by leaving with Donna Moch, EMPLOYEE OF REGISTERED AGENT COMPANY

At Business 1200 S. PINE ISLAND RD. PLANTATION, FL 33324
On 5/24/2018 at 03:00 PM
Manner of Service: CORPORATE
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

I Honory Kes acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was
served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and
that the facts stated in it are true.

Signature of Server:
Honory Kes
1478

Accurate Serve of Orlando
424 East Central Blvd.
Orlando, FL 32801

Client # 2018005586




1 of 1

Filing # 72459213 E-Filed 05/21/2018 05:22:_8 PM

**··· PLEASE RETURN COPY ENDORSED WITH SERVER'S NOTATIONS···**

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA

NEIL DYER,
      Plaintiff,
v.                            CASE NO.: 2018CA637
BANK OF NEW YORK MELLON, *et al.*, DAP-N-
Misrep-FCCPA
      Defendant (s),

_____/

INITIALS HK
ID # 1478
DATE 5|24
TIME 3pm

**SUMMONS**

THE STATE OF FLORIDA
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or
petition in this action on:

JP Morgan Chase Bank, NA
c/o CT CORPORATION SYSTEM1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL
33324

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff, to
wit:

Allegiant Law PA — Counsel for Neil Dyer
Allegiant Ph. 321-328-5291 —
Allegiant Mail- 2170 West State Road 434, Suite #260, Longwood, F.L. 32779
Primary Email: assistant1.allegiant@gmail.com
Secondary Emails: aty.assistant@gmail.com & ammrroebuck@gmail.com
For the Firm: Andrea Roebuck Esq. - FBN 0089386

Within twenty (20) calendar days after service of this summons on that defendant, exclusive of
the date of service, and to file the original of the defenses with the clerk of this Court either
before service, and on Plaintiff or immediately thereafter. If a defendant fails to do so, a default
will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON:    MAY 22       ,    2018
Neil Kelly
As Clerk of said Court

By: *Shari Durham*
  As Deputy Clerk

(Court Seal)

Filing # 72915434 E-Filed 05/31/2018 04:11:35 PM

# VERIFIED RETURN OF SERVICE

Job # 2018005585

**Client Info:**

ALLEGIANT LAW P.A. - ANDREA M. ROEBUCK
2170 W. STATE RD. 434
# 260
Longboat Key, FL 32779

**Case Info:**

PLAINTIFF:
NEIL DYER
  -versus-
DEFENDANT:
BANK OF NEW YORK MELLON, ET AL

County of Lake, Florida
Court Case # **2018CA637**

**Service Info:**

Date Received: 5/23/2018 at 01:45 PM
Service: I Served BANK OF NEW YORK MELLON C/O THE CORPORATION TRUST CENTER
With: SUMMONS, COMPLAINT, NOTICE OF APPEARANCE OF CO-COUNSEL, NOTICE OF LIS PENDENS, EXHIBITS
by leaving with AMY MCLAREN, OPERATIONS MANAGER

At Business 1209 ORANGE ST. WILMINGTON, DE 19801
On 5/24/2018 at 03:16 PM
Manner of Service: 2. CORPORATE
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:** (Approx)

Age: **N/A**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 9"**, Weight: **145**, Hair: **Brown** Glasses:  **No**

I _Jason V a Kaczorquento_ acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: _____

Process Server _Jason V. Kaczorquento_, Lic # _N/A_

**ACCURATE SERVE ORLANDO**
424 E CENTRAL BLVD, SUITE 304
Orlando, FL 32801
Our Job # **2018005585**

1 of 1

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 06/01/2018 12:04:17 PM

Filing # 73100577 E-Filed 06/05/2018 01:58:27 PM

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT, IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 2018-CA-000637-AXXXX-XX

NEIL DYER,

     Plaintiff,

vs.

BANK OF NEW YORK MELLON, ET AL.,

     Defendants.

_____/

### NOTICE OF APPEARANCE AND E-MAIL DESIGNATIONS

PLEASE TAKE NOTICE that the undersigned law firm, McGlinchey Stafford, hereby
notices that it will be appearing on behalf of Defendant, BANK OF NEW YORK MELLON, as
counsel in this matter for all purposes herein and request that McGlinchey Stafford, be furnished
a copy of all pleadings, orders and other communications that are filed or served in this matter.

Notice is also hereby given, in compliance with Rule 2.516(b)(1), Florida Rules of
Judicial Administration, of the primary e-mail address and one secondary e-mail address for co-
counsel of Plaintiff in this action as follows:

     Primary E-Mail Address:     gbulecza@mcglinchey.com
     Secondary E-Mail Address:  mnew@mcglinchey.com

1344039.1

Respectfully submitted,

McGLINCHEY STAFFORD

_N. Mark New, II, Esq._
Florida Bar # 476773
Gina L. Bulecza, Esq.
Florida Bar # 57867
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4449 (telephone)
(904) 212-1491 (facsimile)
mnew@mcglinchey.com
gbulecza@mcglinchey.com
ATTORNEYS FOR DEFENDANT,
BANK OF NEW YORK MELLON.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, via the following manner, this ___ day of June 2018, to the following:

**Via E-Portal**

Allan Campbell, Esq.
The Law Office of Allan Campbell
100 Colonial Center Pkwy, Suite 140
Lake Mary, FL 32746
ask.our.assistant1@gmail.com; ask.our.assistant3@gmail.com; attyacampbell@aol.com
_Attorney for Plaintiff, Neil Dyer_

Gina L. Bulecza, Esq.

2

Filing # 73161000 E-Filed 06/06/2018 12:19:16 PM

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 2018-CA-000637-AXXXX-XX

NEIL DYER,
      Plaintiff(s),

v.

BANK OF NEW YORK MELON, ET AL.,
      Defendants.

_____/

## DEFENDANT BANK OF NEW YORK MELLON'S
## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, BANK OF NEW YORK MELLON (the "Defendant"), by and through the undersigned counsel, hereby files this Motion for Extension of Time to Respond to Plaintiff's Complaint and in support thereof states as follows:

1.    The undersigned was recently retained by the Defendant and requests an extension of time to adequately prepare responses to the Complaint served by Plaintiff (the "Complaint").

2.    The extension is not sought for purposes of delay and will not prejudice the Plaintiff.

3.    The undersigned has contacted counsel for Plaintiff to confer on the requested extension and Plaintiff's counsel is in agreement with the requested extension.

WHEREFORE, Defendant, BANK OF NEW YORK MELLON, respectfully this Court

to enter an Order providing the Defendant with an extension of time and any further relief that

this Honorable Court deems just and proper.

Respectfully submitted,

McGLINCHEY STAFFORD

Gina L. Bulecza, Esq.
Florida Bar # 57867
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4449 (telephone)
(904) 212-1491 (facsimile)
mnew@mcglinchey.com
gbulecza@mcglinchey.com
 ATTORNEYS FOR DEFENDANT, BANK OF
NEW YORK MELLON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, via the following manner, this _10_ day of June, 2018, to the following:

**Via Electronic Mail**

Allan Campbell, Esq.
The Law Office of Allan Campbell
100 Colonial Center Pkwy, Suite 140
Lake Mary, FL 32746
ask.our.assistant1@gmail.com; ask.our.assistant3@gmail.com; attyacampbell@aol.com
Attorney for Plaintiff, Neil Dyer

_____
Attorney

Filing # 73484250 E-Filed 06/13/2018 10:34:26 AM

# McGLINCHEY STAFFORD

ATTORNEYS AT LAW

ALABAMA · CALIFORNIA · FLORIDA · LOUISIANA · MISSISSIPPI · NEW YORK · OHIO · TEXAS · WASHINGTON, DC

GINA L. BULECZA
(904) 224-4449
Fax (904) 212-2668
gbulecza@mcglinchey.com

June 6, 2018

*Via Fed Ex*
Honorable Mark J. Hill
Lake County Courthouse
550 West Main Street
Tavares, FL 32778

     RE:  *Neil Dyer v. Bank of New York Mellon, et al.*
          Case No.: 2018-CA-000637

Dear Judge Hill:

    My office recently made an appearance in this matter on behalf of Defendant, Bank of New York Mellon. We have filed a Motion for Extension of Time to Respond to Plaintiff's Complaint. Upon further discussion with Plaintiff's counsel, we have come to an Agreed Order on said Motion. Please find enclosed the proposed Agreed Order, which has been approved by Plaintiff's counsel, for Your Honor's review and execution. I have also enclosed stamped envelopes and copies of the Order for all parties.

    Thank you for your consideration in this matter.

                Sincerely,

                McGlinchey Stafford

                *Gina L. Bulecza*

                Gina L. Bulecza

cc:    *via email with copy of enclosures*
       Allan Campbell, Esq.

10407 Centurion Parkway North, Suite 200 · Jacksonville, FL 32256 · (904) 224-4449 · www.mcglinchey.com

McGlinchey Stafford PLLC in Alabama, Florida, Louisiana, Mississippi, New York, Ohio, Texas, and Washington, DC.
McGlinchey Stafford LLP in California.

FILED: LAKE COUNTY, NEIL KELLY, CLERK, 06/15/2018 10:11:17 AM

Filing # 73484250 E-Filed 06/13/2018 10:34:26 AM

IN THE CIRCUIT COURT OF THE FIFTH
JUDICIAL CIRCUIT IN AND FOR LAKE
COUNTY, FLORIDA

CASE NO.: 2018-CA-000637-AXXXX-XX

NEIL DYER,
      Plaintiff(s),

v.

BANK OF NEW YORK MELLON, ET AL.,
      Defendants.

_____/

### AGREED ORDER GRANTING DEFENDANT BANK OF NEW YORK MELLON'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS MATTER having come before the Court on Defendant, Bank of New York Mellon's Motion for Extension of Time to Respond to Complaint, and the Court having reviewed the Motion, the parties being in agreement with entry of this Order, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED:

1.    Defendant Bank of New York Mellon's Motion for Extension of Time to Respond to Complaint is GRANTED.

2.    Defendant, Bank of New York Mellon, shall file its response to Plaintiff's Complaint on or before July 16, 2018.

DONE AND ORDERED in Lake County, Florida this _12_ day of _June_, 2018.

_____

JUDGE

**SERVICE LIST**

Allan Campbell, Esq.
The Law Office of Allan Campbell
100 Colonial Center Pkwy, Suite 140
Lake Mary, FL 32746
ask.our.assistant1@gmail.com; ask.our.assistant3@gmail.com; attyacampbell@aol.com
*Counsel for Plaintiff, Neil Dyer*

Gina L. Bulecza, Esq.
McGlinchey Stafford
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
*Counsel for Defendant, Bank of New York Mellon*