**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEIL DYER,
 Plaintiff,

v.                Case No: 5:18-cv-323-Oc-30PRL

BANK OF NEW YORK MELLON and JP
MORGAN CHASE BANK, NA,
 Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_X\_\_ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

> *Case No. 2013-CA-002850; The Bank of New York Mellon vs. Neil Dyer*; **In the Circuit Court of the Fifth Judicial Circuit in and for Lake County, Florida**

\_\_\_\_\_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

This 17th day of July, 2018.

                Respectfully submitted,

                */s/ Matthew D. Morton*
                Matthew D. Morton, Esq.
                McCalla Raymer Leibert Pierce, LLC
                Attorney for Defendant Chase
                225 E. Robinson St. Suite 155
                Orlando, FL 32801
                Phone: (407) 674-1850
                Fax: (321) 248-0420
                Email: MRService@mccalla.com
                Fla. Bar No.: 415332

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of July, 2018, I filed the foregoing with the Clerk of the Court. I further certify that this day I mailed the foregoing document via electronic mail to the following counsel:

Andrea Roebuck, Esq.
Allegiant Law, PA
2170 W. State Road 434, Suite 260
Longwood, FL 32779
aty.assistant@gmail.com
ammrroebuck@gmail.com

Gina L. Bulecza, Esq.
10407 Centurion Parkway N, Ste. 200
Jacksonville, FL 32256
mnew@mcglinchey.com
gbulecza@mcglinchey.com
sramey@mcglinchey.com

/s/ *Matthew D. Morton*
Matthew D. Morton, Esq.
McCalla Raymer Leibert Pierce, LLC
Attorney for Defendant Chase
225 E. Robinson St. Suite 155
Orlando, FL 32801
Phone: (407) 674-1850
Fax: (321) 248-0420
Email: MRService@mccalla.com
Fla. Bar No.: 415332

18-01004