UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL DYER,

    Plaintiff,                                                        Case No.: 5:18-CV00323-JSM-PRL

vs.

BANK OF NEW YORK MELLON and
JP MORGAN CHASE BANK, N.A.,

    Defendants,
_____/

## NOTICE OF CHANGE OF FIRM

Undersigned counsel has changed law firms from Allegiant Law PA to Best Defense Law PA and requests notice of all further papers at 100 Colonial Center Parkway, #140, Lake Mary, Florida 32746.

                                                      Respectfully Submitted,

                                                      /s/Andrea M. Roebuck
                                                      Andrea M. Roebuck, Esq.
                                                      FBN 0089386
                                                      Best Defense Law PA
                                                      100 Colonial Center Parkway, #140
                                                      Lake Mary, Florida 32746
                                                      Primary Email: aty.assistant@gmail.com
                                                      Secondary Email: ammrroebuck@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished through CM/ECF system to the following : N. Mark New, II, Esq., Gina L. Bulecza, Esq., McGlinchey Stafford, PLLC, 10407 Centurion Parkway N., Suite 200 Jacksonville, FL. 32256

mnew@mcglinchey.com, gbulecza@mcglinchey.com; Matthew D. Morton, McCalla Raymer, LLC., 201 N. Franklin St. Ste. 1375 Tampa, FL 33602, matthew.morton@mccalla.com, on this 23rd day of July 2018.

                                            Andrea M. Roebuck
                                            Andrea M. Roebuck, Esq.