UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL DYER,

    Plaintiff,                                           Case No.: 5:18-CV-00323-JSM-PRL

vs.

BANK OF NEW YORK MELLON and
JP MORGAN CHASE BANK, N.A.,

    Defendants,
_____/

**PLAINTIFF'S RESPONSE TO JULY 31, 2018 ORDER TO SHOW CAUSE**

    COMES NOW, Plaintiff, Neil Dyer and files this Response to the Court's July 31, 2018 Order to Show Cause and states as follows:

1. Best Defense Law became lead Counsel in this case about July 12, 2018. There is a great deal of information in the case that Counsel needs to review to properly participate in the case.

2. Plaintiff asserts that the Complaint needs to be amended and that Plaintiff is entitled to a one-time amendment to the Complaint pursuant to Rule 15 (a)(1)(B) of the Federal Rules of Civil Procedure 15.

3. No responsive pleading has been filed by Defendants in this case.

Wherefore, Plaintiff requests thirty (30) days to file an Amended Complaint.

                                                Respectfully submitted,

                                                /S/Andrea M. Roebuck
                                                Andrea M. Roebuck, Esq.
                                                FBN: 0089386
                                                Best Defense Law, P.A.
                                                100 Colonial Center Parkway, Suite 140
                                                Lake Mary, FL 32746
                                                Primary E-mail: aty.assistant@gmail.com
                                                Secondary: ammrroebuck@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via e-filing or Email to: Gina L. Bulecza, Esq., McGlinchey Stafford, PLLC, 10407 Centurion Parkway N., Suite 200 Jacksonville, FL. 32256, gbulecza@mcglinchey.com mnew@mcglinchey.com; Matthew D. Morton, McCalla Raymer, LLC., 201 N. Franklin St. Ste. 1375 Tampa, FL 33602, matthew.morton@mccalla.com, on this 10th day of August 2018.

/S/Andrea M. Roebuck
Andrea M. Roebuck, Esq.