UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL DYER,

    Plaintiff,

v.                                             Case No: 5:18-cv-323-Oc-30PRL

BANK OF NEW YORK MELLON and JP
MORGAN CHASE BANK, NA,

    Defendants.

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. Defendant JPMorgan Chase Bank, N.A. filed a Motion to dismiss (Doc. 18) on August 13, 2018, and the Court previously granted an extension of time until September 6, 2018, for Plaintiff to respond. (Doc. 22). A review of the file reveals that Plaintiff failed to timely respond to said Motion as permitted by Local Rule 3.01(b). Plaintiff shall file a response to said Motion **within fourteen (14) days** of the date of this Order or shall **SHOW CAUSE in writing within fourteen (14) days** of this Order why the Court should not consider said Motion without a response by Plaintiff.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of September, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record