UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL DYER,

    Plaintiff,                                                     Case No.: 5:18-CV-00323-JSM-PRL

v.

BANK OF NEW YORK MELLON and
JP MORGAN CHASE BANK, N.A.,

    Defendants.
_____/

## PLAINTIFF'S NOTICE REGARDING TIMING OF FILING RESPONSE TO THE BANK OF NEW YORK MELLON'S MOTION FOR SANCTIONS

**COMES NOW**, Plaintiff, Neil Dyer, by and through undersigned counsel, and files this Notice Regarding Timing of Filing Response to The Bank of New York Mellon's Motion for Sanctions and states the following:

1. On August 16, 2018, Defendant, The Bank of New York Mellon ("BONY") filed its Motion for Sanctions in this case.

2. Pursuant to Local Rule 3.01(b), Plaintiff's response to the Motion for Sanctions was due August 30, 2018.

3. Plaintiff's counsel attempted to file Plaintiff's Objection to the Motion for Sanctions starting at about 10:30 p.m. August 30, 2018, but was unable to log in to the CM/ECF system. Plaintiff's Counsel believes there must have been an issue with the proper operation of the CM/ECF system during the evening of August 30, 2018.

4. Due to Plaintiff's Counsel's inability to log in to the CM/ECF system on August 30, 2018, the Objection was filed a day late on August 31, 2018.

5. Pursuant to Local Rule 3.1, Plaintiff's Counsel has contacted Defendant's Counsel and they are not opposed to the Objection filed August 31, 2018 being accepted as filed.

**WHEREFORE**, based on the foregoing, Plaintiff now asks and moves this Honorable Court to accept Plaintiff's Objection to Bony's Motion for Sanctions as timely filed.

Respectfully Submitted,

*/S/Andrea M. Roebuck*
Andrea M. Roebuck, Esq.
FBN: 0089386
Best Defense Law, P.A.
100 Colonial Center Parkway, Suite 140
Lake Mary, FL 32746
Primary E-mail: aty.assistant@gmail.com
Secondary: ammrroebuck@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the CM/ECF system to the following parties: Gina L. Bulecza, Esq., McGlinchey Stafford, PLLC, 10407 Centurion Parkway N., Suite 200 Jacksonville, FL. 32256, gbulecza@mcglinchey.com mnew@mcglinchey.com; Matthew D. Morton, McCalla Raymer, LLC., 201 N. Franklin St. Ste. 1375 Tampa, FL 33602, matthew.morton@mccalla.com, on this 7th day of September 2018.

*/S/Andrea M. Roebuck*
Andrea M. Roebuck, Esq.