UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIL DYER,

    Plaintiff,

v.

BANK OF NEW YORK MELLON and JP
MORGAN CHASE BANK, NA,

    Defendants.
_____/

Case No: 5:18-cv-323-JSM-PRL

FILED 2018 OCT 11 PM 3:51 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA FLORIDA

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiff, Neil Dyer, *Pro Se*, appeals to the United States Court of Appeal for the Eleventh Circuit, the Court's Order of Dismissal with Prejudice (ECF #27) dated September 11, 2018

Respectfully Submitted,

*/s/ Neil Dyer*
Neil Dyer, Pro Se
11243 Preston Cove Road
Clermont, FL 34711
Phone: 407-973-7032

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to the parties listed below on this 11th day October, 2018: Gina L. Bulecza, Esq., McGlinchey Stafford, PLLC, 10407 Centurion Parkway N., Suite 200 Jacksonville, FL. 32256, gbulecza@mcglinchey.com mnew@mcglinchey.com, Attorneys for The Bank of New York Mellon; Matthew D. Morton, McCalla Raymer, LLC., Attorneys for JPMorgan Chase Bank, 201 N. Franklin St. Ste. 1375 Tampa, FL 33602, matthew.morton@mccalla.com, mrservice@mccalla.com.

*/s/ Neil Dyer*
Neil Dyer, Pro Se